## CRAVEN v. NOLAN.

### No. 8859; November 19, 1885.

#### 8 Pac. 518.

**Nonsuit.—It is Error to Grant a Nonsuit Where the Plaintiff Gives Evidence** tending to sustain the issues presented in the complaint.

APPEAL from Superior Court, County of Stanislaus.

Wright & Hazen for appellant; W. E. Turner for respondent.

By the COURT.—There was evidence given on behalf of plaintiff tending to sustain the issues presented in the complaint; therefore the court erred in granting the motion for

nonsuit. The evidence should have been submitted to the jury. Judgment reversed, and cause remanded for a new trial.